```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 31609
   DAVID D PEREZ
   MARIA C SARLI PEREZ                       CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4197    SSN XXX-XX-9816

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 02/02/2005 and was confirmed 06/07/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

      The case was paid in full 10/15/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CITICORP                   UNSECURED      NOT FILED          .00           .00
ARROW FINANCIAL SERVICES   UNSECURED      NOT FILED          .00           .00
BANK OF AMERICA NA         UNSECURED      NOT FILED          .00           .00
BEST BUY BENEFICIAL        UNSECURED      NOT FILED          .00           .00
CAPITAL ONE                UNSECURED      NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED       13817.82          .00      13817.82
FAIRFIELD RESORTS          UNSECURED      NOT FILED          .00           .00
FIRST USA BANK             UNSECURED      NOT FILED          .00           .00
FLEET CREDIT CARD          UNSECURED      NOT FILED          .00           .00
KOHLS                      UNSECURED      NOT FILED          .00           .00
US BANK NA ND              UNSECURED      NOT FILED          .00           .00
US BANK/ELAN/RETAIL PAYM   UNSECURED        1297.51          .00       1297.51
DELL FINANCIAL             SECURED NOT I       .00           .00           .00
COUNTRYWIDE HOME LOANS I   CURRENT MORTG       .00           .00           .00
GENERAL MOTORS ACCEPTANC   SECURED NOT I       .00           .00           .00
LEHMAN & FOX               ADMINISTRATIV NOT FILED           .00           .00
ROBERT S THOMAS            DEBTOR ATTY        .00                          .00
TOM VAUGHN                 TRUSTEE                                      801.94
DEBTOR REFUND              REFUND                                        63.73

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            15,981.00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                              15,115.33
ADMINISTRATIVE                               .00
TRUSTEE COMPENSATION                      801.94
DEBTOR REFUND                              63.73

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 31609 DAVID D PEREZ & MARIA C SARLI PEREZ
```

```
                              ---------------     ---------------
TOTALS                            15,981.00           15,981.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                           /s/ Tom Vaughn
Dated: 01/28/08           _____
                           TOM VAUGHN
                           CHAPTER 13 TRUSTEE
```